# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Waters Technologies Corp | 12/8/2022 | 266495 | Check | $ 5,682.82 |
| Akorn Operating Company, LLC | Waters Technologies Corp | 12/16/2022 | 266622 | Check | $ 6,089.12 |
| Akorn Operating Company, LLC | Waters Technologies Corp | 1/12/2023 | 267043 | Check | $ 34,350.29 |
| Akorn Operating Company, LLC | Waters Technologies Corp | 1/30/2023 | 267089 | Check | $ 3,829.25 |
| Akorn Operating Company, LLC | Waters Technologies Corp | 2/2/2023 | 267148 | Check | $ 683.40 |
| | | | | | $ 50,634.88 |